# EXHIBIT A

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook

*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Prynce-John: Ali

*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** FIRST STUDENT INC/EQT
INFRASTRUCTURE
*Who the case was filed against.*
4400 Easton Commons Way
Ste 125  CT Corporation
*First, Middle, and Last Name, or Business Name*
Columbus OH 43219

**FILED**
JAN 27 2026
MARIYANA... ...CPYROPOULOS
CLERK OF THE CIRCUIT COURT

2026 LC 00807

**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2 fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must file your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 50 W. Washington St Chicago Illinois 60602

*Courthouse Street Address*

- OR -

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*                *Time*                              *Courtroom Number*

FRANKLIN COUNTY SHERIFF
2026 FEB 12 AM 7:16

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

ATJ 1503.8                    Page 1 of 6                    (08/25)

*Case Number* 2026LCCC807

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ In person at: _____
         *Courtroom Address*                    *Courtroom Number*

☐ Remotely (video or telephone)

   By video conference at: _____
                  *Video Conference Website*

   Log-in information: _____
              *Video Conference Log-in Information, Meeting ID, Password, etc.*

   By telephone at: _____
              *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____  or  Website: _____
   *Circuit Clerk's Phone Number*                    *Website URL*

_____     _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 1,700,000.00 _____.
   *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

   ☑ Yes    ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

   ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

   ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
                                    *Number*

b. First Defendant/Respondent's primary address/information for service:

   Name: FIRST STUDENT INC/EQT INFRASTRUCTURE _____
      *First, Middle, and Last Name, or Business Name*

   Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

   CT CORPORATION _____
   *First, Middle, and Last Name*

   Street Address: 4400 Easton Cmns #125 _____
            *Street, Apt #*

   City, State, ZIP: Columbus _____ Ohio _____ 43219 ____
            *City*                            *State*      *Zip*

   Telephone: (614) 621-1919 _____  Email: N/A _____

Case Number _2023 LC ___ SC1_

c. **Second address for this Defendant/Respondent:**

☐ I do not have another address where the Defendant/Respondent might be found.

☑ I have another address where this Defendant/Respondent might be found. It is:

Street Address: 191 Rosa Parks St 8th Floor
_____
*Street, Apt #*

City, State, ZIP: Cincinnati                    Ohio          45202
_____
*City*                                          *State*        *Zip*

Telephone: (513) 241-2200          Email: N/A

d. **Person who will serve your documents on this Defendant/Respondent:**

☑ Sheriff in Illinois   ☐ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
                                      *County & State*

---

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Prynce-John: Ali
_____
*First, Middle and Last Name*

Registered Agent's name, if any _____
                                      *First, Middle and Last Name*

Street Address P.o. Box 833
_____
*Street, Apt #*

City, State, ZIP: Bellwood                    Illinois        60104
_____
*City*                                          *State*        *Zip*

Telephone: (832) 909-9291          Email: pryncej2@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

IRIS Y. MARTINEZ T. SPYROPOULOS
CLERK OF CIRCUIT COURT

*Seal of Court*

Witness this Date: _____

Clerk of the Court: Martha T. Spyropoulos JAN 2 7 2026
_____

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

○ If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

○ If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.

   ▪ If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.

○ Fill in the date above and give this copy of the *Summons* to the person served.

○ You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

*Case Number* 2025L000807



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



> Learn more about each step in the process and how to file in the instructions:
> ilcourts.info/how-to-summons.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

**Civil Action Cover Sheet - Case Initiation**          (12/01/24) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

PRYNCE-JOHN: ALI

v.

FIRST STUDENT INC.EQT Infrastructure

No. _____   2026L000807
Judge: Calendar, C

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☑ Yes ☐ No

Breach of contract and wrongful interference with purchased vehicle".

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH

CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES

CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION

CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action (Please specify below.**)
- ☐ 075 Other Commercial Litigation (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS

CASE TYPES:
- ☑ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** "Breach of contract and wrongful interference with purchased vehicle"

_____

Primary Email: pryncej2@gmail.com

Secondary Email: _____

Tertiary Email: _____

By: _____

(Attorney)          (Pro Se)

**Only:** ☐ I have read and agree to the terms of the *Clerk's Oice Electronic Notice Policy* and choose to opt in to electronic notice form k's Office for this case at this email address: _____

### Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois
Page 1 of 1



**Complaint - Verified**                                    (12/01/24) CCM.0008 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### MUNICIPAL DEPARTMENT, _____ MU~~NICIPAL~~ ~~DISTRICT~~

2026L000807

| | |
|---|---|
| Prynce-John: Ali | Case No. _____ Judge: Calendar, C |
| Plaintiff(s) | Contract: Breach of contract and wrongful interference |
| v. | Amount Claimed: _____ "$1,700,000.00 (minimum)" |
| FIRST STUDENT INC./EQT Infrastructure | Return Date: _____ |
| Defendant(s) | |

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

I, Prynce-John: Ali bring this complaint against FIRST STUDENT INC./EQT Infrastructure for: "Breach of contract and wrongful interference with a purchased commercial vehicle, including post-purchase removal of components, retained possession and payment after sale, continued retention of the vehicle and funds, prevented operation of the vehicle for over 730 days, causing substantial loss-of-use and business interruption damages"

See: Attached.

I, Prynce-John: Ali _____, certify that I am

             (Name)

the pro se _____ plaintiff in the above entitled action.

    (Name of Attorney if applicable)

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

**Complaint - Verified**                                    **(12/01/24) CCM 0008 B**

The allegations in this complaint are true.

○ Atty. No.: _____

◉ Pro Se 99500

Name: Prynce-John: Ali

Atty. for (if applicable):

Dated: __1/12/26__

By: Prynce-John: Ali
                        Signature

☑ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

Address: in care of P.0. Box 833

City: Bellwood

State: IL   Zip: 60104

Telephone: 832-909-9291

Primary Email: pryncej2@gmail.com

Claims - continued

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT – LAW DIVISION



PRYNCE-JOHN: ALI,
Plaintiff,

v.

FIRST STUDENT, INC.,
and
EQT INFRASTRUCTURE / EQT AB GROUP,
Defendants.

Case No. _____

# VERIFIED COMPLAINT

*(Breach of Contract, Conversion, Fraudulent Concealment, Illinois Consumer Fraud, Tortious Interference, Negligent Spoliation, Declaratory Relief, Accounting, and Enterprise Liability)*

## I. INTRODUCTION

1. This action arises from Defendants' **post-sale disabling, unauthorized component removal, and conversion** of a commercial vehicle after full payment and transfer of ownership, followed by **concealment and failure to preserve material evidence**, and **intentional interference with Plaintiff's known commercial operations**.

2. Defendants' conduct deprived Plaintiff of possession, use, and commercial deployment of a fully operational 71-passenger school bus for **over 730 days**, causing **foreseeable and quantifiable economic losses exceeding $1,700,000**, exclusive of punitive and statutory damages.

3. Defendants' acts were **intentional, deceptive, and undertaken in the course of trade and commerce**, and were committed with knowledge that Plaintiff intended immediate commercial use of the vehicle.

## II. PARTIES

4. **Plaintiff PRYNCE-JOHN: ALI** is a natural person residing in Cook County, Illinois.

5. **Defendant FIRST STUDENT, INC.** is a corporation conducting business in Cook County, Illinois, and was responsible for the sale, custody, handling, and post-sale control of the subject vehicle.

6. **Defendant EQT INFRASTRUCTURE / EQT AB GROUP** is the parent and controlling entity of First Student, exercising operational control, and is liable under **agency, enterprise liability, and respondeat superior** doctrines.

## III. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction pursuant to **Article VI, Section 9 of the Illinois Constitution**.

8. Venue is proper under **735 ILCS 5/2-101** because the transaction, misconduct, injury, and damages occurred in Cook County, Illinois.

## IV. FACTUAL ALLEGATIONS

### A. Sale and Transfer of Ownership

9. In 2023, Plaintiff purchased a **fully operational 71-passenger school bus**, inventory number 208147, from First Student for commercial deployment.

10. At the time of sale:

- the bus was operable and drivable;

- no defects or removed components were disclosed;

- payment was accepted in full;

- ownership and possessory rights transferred to Plaintiff.

11. Defendants knew Plaintiff intended **commercial use**, including passenger transport and fleet expansion.

## B. Unauthorized Post-Sale Disabling and Conversion

12. After the sale and transfer of ownership, and **without Plaintiff's consent**, First Student personnel **removed a critical brake booster module** valued in excess of $5,000.

13. The removal rendered the vehicle **inoperable** and prevented Plaintiff from taking possession and deploying the bus.

14. Defendants exercised **unauthorized dominion and control** over Plaintiff's property **after ownership had transferred**, constituting conversion under Illinois law.

15. Defendants provided **inconsistent explanations** regarding the removal and failed to restore the vehicle.

## C. Concealment and Failure to Preserve Evidence

16. On the **same day** Plaintiff was informed that the part had been removed, Plaintiff **reported the issue to management**, making litigation reasonably foreseeable.

17. Plaintiff requested preservation and production of **surveillance footage** documenting the handling of the bus.

18. Defendants maintained a facility equipped with **extensive camera coverage**, including real-time monitoring.

19. Defendants **failed to preserve, produce, or account for the surveillance footage**, impairing Plaintiff's ability to prove who removed the component and when.

20. Defendants knew or should have known that the footage was **material evidence** relevant to anticipated litigation.

## D. Interference With Commercial Operations and Loss

21. As a direct and proximate result of Defendants' conduct, Plaintiff was unable to deploy the bus for **over 730 days**.

22. Plaintiff reasonably projected revenue of **$25 per passenger × 47 passengers × two trips daily**, year-round.

23. Plaintiff held a **signed intent to contract** memorializing these projections.

24. Defendants' actions **foreseeably and proximately caused** Plaintiff's lost commercial revenue and business opportunity.

# V. DAMAGES

25. Plaintiff suffered damages including:

- lost commercial revenue exceeding **$1,700,000**;

- conversion of property exceeding **$5,000**;

- administrative and mitigation costs;

- loss of business opportunity;

- statutory and punitive damages.

# VI. CAUSES OF ACTION

## COUNT I – Breach of Contract (Against First Student)

26. Plaintiff and First Student entered a valid contract for the sale of an operable vehicle.

27. Plaintiff fully performed by tendering payment.

28. First Student breached by **post-sale disabling and failure to deliver an operable vehicle.**

29. Plaintiff suffered damages as a direct result.

## COUNT II – Conversion (Against All Defendants)

30. Plaintiff had an absolute right to possession.

31. Defendants intentionally exercised unauthorized control over Plaintiff's property.

32. Plaintiff suffered damages.

### COUNT III – Fraudulent Concealment (Against All Defendants)

33. Defendants concealed material facts regarding post-sale removal.

34. Defendants had a duty to disclose.

35. Plaintiff reasonably relied on Defendants' silence.

36. Plaintiff suffered damages.

### COUNT IV – Illinois Consumer Fraud Act (815 ILCS 505)

37. Defendants engaged in deceptive acts in trade and commerce.

38. Plaintiff relied on the deception.

39. Plaintiff suffered actual damages.

### COUNT V – Tortious Interference With Prospective Economic Advantage

40. Plaintiff had a reasonable expectancy of commercial revenue.

41. Defendants knew of that expectancy.

42. Defendants intentionally interfered.

43. Plaintiff suffered damages.

### COUNT VI – Negligent Spoliation of Evidence

44. Defendants had a duty to preserve evidence.

45. Defendants breached that duty.

46. Plaintiff's ability to prove his case was impaired.

47. Plaintiff suffered damages.

### COUNT VII – Declaratory Relief (735 ILCS 5/2-701)

48. An actual controversy exists regarding ownership rights and Defendants' conduct.

### COUNT VIII – Enterprise / Respondeat Superior Liability (Against EQT)

49. EQT exercised control over First Student.

50. Acts were within scope of agency.

# VII. REMEDY REQUIRED AS A MATTER OF LAW

Plaintiff demands:

A. Compensatory damages exceeding $1,700,000
B. Treble damages under ICFA
C. Punitive damages
D. Accounting and spoliation sanctions
E. Declaratory relief
F. Injunctive relief
G. Costs and all further relief

# VIII. JURY DEMAND

Plaintiff demands trial by jury.

# IX. VERIFICATION

(Illinois-compliant verification under oath)

commercial use of the vehicle.

# II. PARTIES

4. **Plaintiff PRYNCE-JOHN: ALI** is a natural person residing in Cook County, Illinois.

5. **Defendant FIRST STUDENT, INC.** is a corporation conducting business in Cook County, Illinois, and was responsible for the sale, custody, handling, and post-sale control of the subject vehicle.

6. **Defendant EQT INFRASTRUCTURE / EQT AB GROUP** is the parent and controlling entity of First Student, exercising operational control, and is liable under **agency, enterprise liability, and respondeat superior** doctrines.

# III. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction pursuant to **Article VI, Section 9 of the Illinois Constitution**.

8. Venue is proper under **735 ILCS 5/2-101** because the transaction, misconduct, injury, and damages occurred in Cook County, Illinois.

# IV. FACTUAL ALLEGATIONS

## A. Sale and Transfer of Ownership

9. In 2023, Plaintiff purchased a **fully operational 71-passenger school bus**, inventory number 208147, from First Student for commercial deployment.

10. At the time of sale:

- the bus was operable and drivable;

- no defects or removed components were disclosed;

- payment was accepted in full;

- ownership and possessory rights transferred to Plaintiff.

11. Defendants knew Plaintiff intended **commercial use**, including passenger transport and fleet expansion.

## B. Unauthorized Post-Sale Disabling and Conversion

12. After the sale and transfer of ownership, and **without Plaintiff's consent**, First Student personnel **removed a critical brake booster module** valued in excess of $5,000.

13. The removal rendered the vehicle **inoperable** and prevented Plaintiff from taking possession and deploying the bus.

14. Defendants exercised **unauthorized dominion and control** over Plaintiff's property **after ownership had transferred**, constituting conversion under Illinois law.

15. Defendants provided **inconsistent explanations** regarding the removal and failed to restore the vehicle.

## C. Concealment and Failure to Preserve Evidence

16. On the **same day** Plaintiff was informed that the part had been removed, Plaintiff **reported the issue to management**, making litigation reasonably foreseeable.

17. Plaintiff requested preservation and production of **surveillance footage** documenting the handling of the bus.

18. Defendants maintained a facility equipped with **extensive camera coverage**, including real-time monitoring.

19. Defendants **failed to preserve, produce, or account for the surveillance footage**, impairing Plaintiff's ability to prove who removed the component and when.

20. Defendants knew or should have known that the footage was **material evidence** relevant to anticipated litigation.

## D. Interference With Commercial Operations and Loss

21. As a direct and proximate result of Defendants' conduct, Plaintiff was unable to deploy the bus for **over 730 days**.

22. Plaintiff reasonably projected revenue of **$25 per passenger × 47 passengers × two trips daily**, year-round.

23. Plaintiff held a **signed intent to contract** memorializing these projections.

24. Defendants' actions **foreseeably and proximately caused** Plaintiff's lost commercial revenue and business opportunity.

# V. DAMAGES

25. Plaintiff suffered damages including:

- lost commercial revenue exceeding **$1,700,000**;

- conversion of property exceeding **$5,000**;

- administrative and mitigation costs;

- loss of business opportunity;

- statutory and punitive damages.

# VI. CAUSES OF ACTION

## COUNT I – Breach of Contract (Against First Student)

26. Plaintiff and First Student entered a valid contract for the sale of an operable vehicle.

27. Plaintiff fully performed by tendering payment.

28. First Student breached by **post-sale disabling and failure to deliver an operable vehicle**.

29. Plaintiff suffered damages as a direct result.

## COUNT II – Conversion (Against All Defendants)

30. Plaintiff had an absolute right to possession.

31. Defendants intentionally exercised unauthorized control over Plaintiff's property.

32. Plaintiff suffered damages.

## COUNT III – Fraudulent Concealment (Against All Defendants)

33. Defendants concealed material facts regarding post-sale removal.

34. Defendants had a duty to disclose.

35. Plaintiff reasonably relied on Defendants' silence.

36. Plaintiff suffered damages.

## COUNT IV – Illinois Consumer Fraud Act (815 ILCS 505)

37. Defendants engaged in deceptive acts in trade and commerce.

38. Plaintiff relied on the deception.

39. Plaintiff suffered actual damages.

## COUNT V – Tortious Interference With Prospective Economic Advantage

40. Plaintiff had a reasonable expectancy of commercial revenue.

41. Defendants knew of that expectancy.

42. Defendants intentionally interfered.

43. Plaintiff suffered damages.

## COUNT VI – Negligent Spoliation of Evidence

44. Defendants had a duty to preserve evidence.

45. Defendants breached that duty.

46. Plaintiff's ability to prove his case was impaired.

47. Plaintiff suffered damages.

## COUNT VII – Declaratory Relief (735 ILCS 5/2-701)

48. An actual controversy exists regarding ownership rights and Defendants' conduct.

## COUNT VIII – Enterprise / Respondeat Superior Liability (Against EQT)

49. EQT exercised control over First Student.

50. Acts were within scope of agency.

# VII. REMEDY REQUIRED AS A MATTER OF LAW

Plaintiff demands:

A. Compensatory damages exceeding $1,700,000
B. Treble damages under ICFA
C. Punitive damages
D. Accounting and spoliation sanctions
E. Declaratory relief
F. Injunctive relief
G. Costs and all further relief

# VIII. JURY DEMAND

Plaintiff demands trial by jury.

# IX. VERIFICATION

*(Illinois-compliant verification under oath)*

???

Thank You,

 **Becky Clark**
**Fleet Sales Coordinator, Fleet Sales Western US | First Student, Inc.**
Office: 417-724-3364
1131 Kathryn St. Nixa, Mo. 65714
Becky.clark@firstgroup.com

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

**From:** Prynce <̇ˌ̣.̣.̣.̣.̣>
**Sent:** Wednesday, December 6, 2023 11:11 AM
**To:** Clark, Becky R <̣.̣.̣.̣.̣>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. '̣.̣.̣.̣ ̣.̣' Please beware of links and attachments.

O s

On Wednesday, December 6, 2023 at 10:42:06 AM CST, Clark, Becky R <̣.̣.̣.̣.̣> wrote:

That is unit 208147.] What are you wanting to offer for it?

**Civil Action Cover Sheet - Case Initiation**        **(12/01/24) CCL 0520**

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

PRYNCE-JOHN: ALI

v.

FIRST STUDENT INC.EQT Infrastructure

No. _____ 2026L000807
Judge: Calendar. C

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☑ Yes ☐ No

**Breach of contract and wrongful interference with purchased vehicle".**

(FILE STAMP)

#### PERSONAL INJURY/WRONGFUL DEATH

CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

#### TAX & MISCELLANEOUS REMEDIES

CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

#### COMMERCIAL LITIGATION

CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

#### OTHER ACTIONS

CASE TYPES:
- ☑ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** "Breach of contract and wrongful interference with purchased vehicle"

Primary Email: pryncej2@gmail.com

Secondary Email: _____

Tertiary Email: _____

By: _____
     (Attorney)          (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Oce Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
Page 1 of 1

**Complaint - Verified**　　　　　　　　　　　　　　　　　　(12/01/24) CCM 0008 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### MUNICIPAL DEPARTMENT, _____ MU ___ DISTRICT

| | |
|---|---|
| Prynce-John: Ali | Case No. _____ 2026L000807 |
| Plaintiff(s) | Contract: Breach of contract and _____ wrongful interference |
| v. | Amount Claimed: _____ "$1,700,000.00 (minimum)" |
| FIRST STUDENT INC./EQT Infrastructure | Return Date: _____ |
| Defendant(s) | |

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

I, Prynce-John: Ali bring this complaint against FIRST STUDENT INC./EQT Infrastructure for:
"Breach of contract and wrongful interference with a purchased commercial vehicle, including post-purchase removal of components, retained possession and payment after sale, continued retention of the vehicle and funds, prevented operation of the vehicle for over 730 days, causing substantial loss-of-use and business interruption damages"

See: Attached.

I, Prynce-John: Ali _____ , certify that I am
　　　　　　　　(Name)

the pro se _____ plaintiff in the above entitled action.
　　(Name of Attorney if applicable)

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 2

Complaint - Verified                                    (12/01/24) CCM 0008 B

The allegations in this complaint are true.

○ Atty. No.: _____          Dated: __1/12/26__
◉ Pro Se 99500

Name: _Prynce-John: Ali_____          _____
Atty. for (if applicable):                          Signature

_____

Address: _in care of P.0. Box 833_____          ☑  Under penalties as provided by law pursuant
                                                       to 735 ILCS 5/1-109 the above signed
City: _Bellwood_____                          certifies that the statements set forth herein
                                                       are true and correct.
State: _IL__  Zip: _60104___

Telephone: _832-909-9291_____

Primary Email: _pryncej2@gmail.com____

Claims - continued

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT – LAW DIVISION



PRYNCE-JOHN: ALI,
 Plaintiff,

v.

FIRST STUDENT, INC.,
 and
 EQT INFRASTRUCTURE / EQT AB GROUP,
 Defendants.

Case No. _____

# VERIFIED COMPLAINT

*(Breach of Contract, Conversion, Fraudulent Concealment, Illinois Consumer Fraud, Tortious Interference, Negligent Spoliation, Declaratory Relief, Accounting, and Enterprise Liability)*

# I. INTRODUCTION

1. This action arises from Defendants' **post-sale disabling, unauthorized component removal, and conversion** of a commercial vehicle after full payment and transfer of ownership, followed by **concealment and failure to preserve material evidence**, and **intentional interference with Plaintiff's known commercial operations**.

2. Defendants' conduct deprived Plaintiff of possession, use, and commercial deployment of a fully operational 71-passenger school bus for **over 730 days**, causing **foreseeable and quantifiable economic losses exceeding $1,700,000**, exclusive of punitive and statutory damages.

3. Defendants' acts were **intentional, deceptive, and undertaken in the course of trade and commerce**, and were committed with knowledge that Plaintiff intended immediate commercial use of the vehicle.

## II. PARTIES

4. **Plaintiff PRYNCE-JOHN: ALI** is a natural person residing in Cook County, Illinois.

5. **Defendant FIRST STUDENT, INC.** is a corporation conducting business in Cook County, Illinois, and was responsible for the sale, custody, handling, and post-sale control of the subject vehicle.

6. **Defendant EQT INFRASTRUCTURE / EQT AB GROUP** is the parent and controlling entity of First Student, exercising operational control, and is liable under **agency, enterprise liability, and respondeat superior** doctrines.

## III. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction pursuant to **Article VI, Section 9 of the Illinois Constitution**.

8. Venue is proper under **735 ILCS 5/2-101** because the transaction, misconduct, injury, and damages occurred in Cook County, Illinois.

## IV. FACTUAL ALLEGATIONS

### A. Sale and Transfer of Ownership

9. In 2023, Plaintiff purchased a **fully operational 71-passenger school bus**, inventory number 208147, from First Student for commercial deployment.

10. At the time of sale:

- the bus was operable and drivable;

- no defects or removed components were disclosed;

- payment was accepted in full;

- ownership and possessory rights transferred to Plaintiff.

11. Defendants knew Plaintiff intended **commercial use**, including passenger transport and fleet expansion.

## B. Unauthorized Post-Sale Disabling and Conversion

12. After the sale and transfer of ownership, and **without Plaintiff's consent**, First Student personnel **removed a critical brake booster module** valued in excess of $5,000.

13. The removal rendered the vehicle **inoperable** and prevented Plaintiff from taking possession and deploying the bus.

14. Defendants exercised **unauthorized dominion and control** over Plaintiff's property **after ownership had transferred**, constituting conversion under Illinois law.

15. Defendants provided **inconsistent explanations** regarding the removal and failed to restore the vehicle.

## C. Concealment and Failure to Preserve Evidence

16. On the **same day** Plaintiff was informed that the part had been removed, Plaintiff **reported the issue to management**, making litigation reasonably foreseeable.

17. Plaintiff requested preservation and production of **surveillance footage** documenting the handling of the bus.

18. Defendants maintained a facility equipped with **extensive camera coverage**, including real-time monitoring.

19. Defendants **failed to preserve, produce, or account for the surveillance footage**, impairing Plaintiff's ability to prove who removed the component and when.

20. Defendants knew or should have known that the footage was **material evidence** relevant to anticipated litigation.

## D. Interference With Commercial Operations and Loss

21. As a direct and proximate result of Defendants' conduct, Plaintiff was unable to deploy the bus for **over 730 days**.

22. Plaintiff reasonably projected revenue of **$25 per passenger × 47 passengers × two trips daily**, year-round.

23. Plaintiff held a **signed intent to contract** memorializing these projections.

24. Defendants' actions **foreseeably and proximately caused** Plaintiff's lost commercial revenue and business opportunity.

# V. DAMAGES

25. Plaintiff suffered damages including:

- lost commercial revenue exceeding **$1,700,000**;

- conversion of property exceeding **$5,000**;

- administrative and mitigation costs;

- loss of business opportunity;

- statutory and punitive damages.

# VI. CAUSES OF ACTION

## COUNT I – Breach of Contract (Against First Student)

26. Plaintiff and First Student entered a valid contract for the sale of an operable vehicle.

27. Plaintiff fully performed by tendering payment.

28. First Student breached by **post-sale disabling and failure to deliver an operable vehicle**.

29. Plaintiff suffered damages as a direct result.

## COUNT II – Conversion (Against All Defendants)

30. Plaintiff had an absolute right to possession.

31. Defendants intentionally exercised unauthorized control over Plaintiff's property.

32. Plaintiff suffered damages.

## COUNT III – Fraudulent Concealment (Against All Defendants)

33. Defendants concealed material facts regarding post-sale removal.

34. Defendants had a duty to disclose.

35. Plaintiff reasonably relied on Defendants' silence.

36. Plaintiff suffered damages.

## COUNT IV – Illinois Consumer Fraud Act (815 ILCS 505)

37. Defendants engaged in deceptive acts in trade and commerce.

38. Plaintiff relied on the deception.

39. Plaintiff suffered actual damages.

## COUNT V – Tortious Interference With Prospective Economic Advantage

40. Plaintiff had a reasonable expectancy of commercial revenue.

41. Defendants knew of that expectancy.

42. Defendants intentionally interfered.

43. Plaintiff suffered damages.

## COUNT VI – Negligent Spoliation of Evidence

44. Defendants had a duty to preserve evidence.

45. Defendants breached that duty.

46. Plaintiff's ability to prove his case was impaired.

47. Plaintiff suffered damages.

### COUNT VII – Declaratory Relief (735 ILCS 5/2-701)

48. An actual controversy exists regarding ownership rights and Defendants' conduct.

### COUNT VIII – Enterprise / Respondeat Superior Liability (Against EQT)

49. EQT exercised control over First Student.

50. Acts were within scope of agency.

# VII. REMEDY REQUIRED AS A MATTER OF LAW

Plaintiff demands:

A. Compensatory damages exceeding $1,700,000
B. Treble damages under ICFA
C. Punitive damages
D. Accounting and spoliation sanctions
E. Declaratory relief
F. Injunctive relief
G. Costs and all further relief

# VIII. JURY DEMAND

Plaintiff demands trial by jury.

# IX. VERIFICATION

*(Illinois-compliant verification under oath)*

commercial use of the vehicle.

# II. PARTIES

4. **Plaintiff PRYNCE-JOHN: ALI** is a natural person residing in Cook County, Illinois.

5. **Defendant FIRST STUDENT, INC.** is a corporation conducting business in Cook County, Illinois, and was responsible for the sale, custody, handling, and post-sale control of the subject vehicle.

6. **Defendant EQT INFRASTRUCTURE / EQT AB GROUP** is the parent and controlling entity of First Student, exercising operational control, and is liable under **agency, enterprise liability, and respondeat superior** doctrines.

# III. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction pursuant to **Article VI, Section 9 of the Illinois Constitution**.

8. Venue is proper under **735 ILCS 5/2-101** because the transaction, misconduct, injury, and damages occurred in Cook County, Illinois.

# IV. FACTUAL ALLEGATIONS

## A. Sale and Transfer of Ownership

9. In 2023, Plaintiff purchased a **fully operational 71-passenger school bus**, inventory number 208147, from First Student for commercial deployment.

10. At the time of sale:

- the bus was operable and drivable;

- no defects or removed components were disclosed;

- payment was accepted in full;

- ownership and possessory rights transferred to Plaintiff.

11. Defendants knew Plaintiff intended **commercial use**, including passenger transport and fleet expansion.

## B. Unauthorized Post-Sale Disabling and Conversion

12. After the sale and transfer of ownership, and **without Plaintiff's consent**, First Student personnel **removed a critical brake booster module** valued in excess of $5,000.

13. The removal rendered the vehicle **inoperable** and prevented Plaintiff from taking possession and deploying the bus.

14. Defendants exercised **unauthorized dominion and control** over Plaintiff's property **after ownership had transferred**, constituting conversion under Illinois law.

15. Defendants provided **inconsistent explanations** regarding the removal and failed to restore the vehicle.

## C. Concealment and Failure to Preserve Evidence

16. On the **same day** Plaintiff was informed that the part had been removed, Plaintiff **reported the issue to management**, making litigation reasonably foreseeable.

17. Plaintiff requested preservation and production of **surveillance footage** documenting the handling of the bus.

18. Defendants maintained a facility equipped with **extensive camera coverage**, including real-time monitoring.

19. Defendants **failed to preserve, produce, or account for the surveillance footage**, impairing Plaintiff's ability to prove who removed the component and when.

20. Defendants knew or should have known that the footage was **material evidence** relevant to anticipated litigation.

## D. Interference With Commercial Operations and Loss

21. As a direct and proximate result of Defendants' conduct, Plaintiff was unable to deploy the bus for **over 730 days**.

22. Plaintiff reasonably projected revenue of **$25 per passenger × 47 passengers × two trips daily**, year-round.

23. Plaintiff held a **signed intent to contract** memorializing these projections.

24. Defendants' actions **foreseeably and proximately caused** Plaintiff's lost commercial revenue and business opportunity.

# V. DAMAGES

25. Plaintiff suffered damages including:

- lost commercial revenue exceeding **$1,700,000**;

- conversion of property exceeding **$5,000**;

- administrative and mitigation costs;

- loss of business opportunity;

- statutory and punitive damages.

# VI. CAUSES OF ACTION

### COUNT I – Breach of Contract (Against First Student)

26. Plaintiff and First Student entered a valid contract for the sale of an operable vehicle.

27. Plaintiff fully performed by tendering payment.

28. First Student breached by **post-sale disabling and failure to deliver an operable vehicle**.

29. Plaintiff suffered damages as a direct result.

### COUNT II – Conversion (Against All Defendants)

30. Plaintiff had an absolute right to possession.

31. Defendants intentionally exercised unauthorized control over Plaintiff's property.

32. Plaintiff suffered damages.

## COUNT III – Fraudulent Concealment (Against All Defendants)

33. Defendants concealed material facts regarding post-sale removal.

34. Defendants had a duty to disclose.

35. Plaintiff reasonably relied on Defendants' silence.

36. Plaintiff suffered damages.

## COUNT IV – Illinois Consumer Fraud Act (815 ILCS 505)

37. Defendants engaged in deceptive acts in trade and commerce.

38. Plaintiff relied on the deception.

39. Plaintiff suffered actual damages.

## COUNT V – Tortious Interference With Prospective Economic Advantage

40. Plaintiff had a reasonable expectancy of commercial revenue.

41. Defendants knew of that expectancy.

42. Defendants intentionally interfered.

43. Plaintiff suffered damages.

## COUNT VI – Negligent Spoliation of Evidence

44. Defendants had a duty to preserve evidence.

45. Defendants breached that duty.

46. Plaintiff's ability to prove his case was impaired.

47. Plaintiff suffered damages.

### COUNT VII – Declaratory Relief (735 ILCS 5/2-701)

48. An actual controversy exists regarding ownership rights and Defendants' conduct.

### COUNT VIII – Enterprise / Respondeat Superior Liability (Against EQT)

49. EQT exercised control over First Student.

50. Acts were within scope of agency.

# VII. REMEDY REQUIRED AS A MATTER OF LAW

Plaintiff demands:

A. Compensatory damages exceeding $1,700,000
B. Treble damages under ICFA
C. Punitive damages
D. Accounting and spoliation sanctions
E. Declaratory relief
F. Injunctive relief
G. Costs and all further relief

# VIII. JURY DEMAND

Plaintiff demands trial by jury.

# IX. VERIFICATION

*(Illinois-compliant verification under oath)*

# Wire confirmation



From: jbgrayjr (jbgrayjr@aol.com)

To: Becky.clark@firstgroup.com

Date: Wednesday, December 13, 2023 at 09:22 AM CST

2026L000807
Judge: Calendar, C

Hi Becky, attached is the wire confirmation.

Sent from my T-Mobile 4G LTE Device

20231213_091619.jpg
4.2MB





What do you need?

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
Office: **417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Wednesday, December 6, 2023 1:53 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

Are you able to call me Becky?

On Wednesday, December 6, 2023 at 11:12:27 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

???

----- Forwarded Message -----

**From:** Clark, Becky R <becky.clark@firstgroup.com>

**To:** Prynce <jbgrayjr@aol.com>

**Sent:** Friday, December 8, 2023 at 08:37:29 AM CST

**Subject:** RE: RE:

I never got an offer from you.

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Thursday, December 7, 2023 4:41 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

Hi Becky, were you able to view my offer?

On Wednesday, December 6, 2023 at 02:17:12 PM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

On Friday, December 8, 2023 at 09:41:53 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

We will sell it for $1500.

When you send an email, be sure and tell me who you are.  This came with no name and an email address I didn't recognize.

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Friday, December 8, 2023 9:11 AM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Fw: RE:

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

RE: RE:

Clark, Becky R (becky.clark@firstgroup.com)

jbgrayjr@aol.com

Friday, December 8, 2023 at 10:17 AM CST


Please send me the information as you want it on your title.
Name
Address
Phone Number

You can First Student Inc.
1131 Kathryn St.
Nixa, MO 65714wire the money per the attached instructions or mail money orders to:


Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First**
**Student, Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo.**
**65714**
Becky.clark@firstgroup.com

Focus on Safety |Care for Our Students
|Foster Teamwork
Set the Highest Standards | Surpass
Customer Expectations


**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Friday, December 8, 2023 10:13 AM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:


**CAUTION:** This email is from an external source. 'benavzeeiia z' Please beware of links and attachments.


Hi Becky, I accept your counter offer. How do receive payment?

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

Hi Becky, I didn't know when or how the bidding deadlines or procedures were conducted, you mentioned there were no pictures or minimum starting bids, this is my first time getting familiar with the process, as it has a blown transmission, I'll bid $1,200.00

On Tuesday, December 5, 2023 at 01:08:17 PM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

How much are you bidding?

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Tuesday, December 5, 2023 1:01 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:**

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

Hi, when can I bid on this bus? It has a blown transmission. ADRBUAAP47A459823

Hi, I made an appointment with Jessica to view a bus in maywood and I notice a bus with a red cover tag and I inquired, the mechanic mentioned that they would possibly be salvaging the bus, I mentioned it to Jessica to confirm, she said she will email you about it, as she was familiar with the bus.

Can you call me

On Wednesday, December 6, 2023 at 09:01:31 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

I don't see this one on my list.

Where did you get this Vin #?

Thank You,

Hi, i stopped over in maywood to view a bus



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
Office: **417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Tuesday, December 5, 2023 11:47 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jpgrayjr@aol.com' Please beware of links and attachments.

O s

On Wednesday, December 6, 2023 at 10:42:06 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

That is unit 208147.]  What are you wanting to offer for it?

 Hi, you mentioned there is no minimum starting bids, the mechanic mentioned that the transmission cost about 4k and about $2500 for labor, I can offer $1200

For the bus, as they sometimes use them for parts only or to fix other buses, I'm learning a lot in a short time Becky.

If I may ask, what happens to the buses that no one purchases, do they go to scrap?

Thank You,

 **Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
Office: **417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Wednesday, December 6, 2023 10:29 AM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Friday, December 8, 2023 10:13 AM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. ' . . . . . . ' Please beware of links and attachments.

Hi Becky, I accept your counter offer. How do receive payment?

On Friday, December 8, 2023 at 09:41:53 AM CST, Clark, Becky R < . . . . . . . . . . . . . . > wrote:

We will sell it for $1500.

When you send an email, be sure and tell me who you are. This came with no name and an email address I didn't recognize.

Thank You,

 **Becky Clark**
**Fleet Sales Coordinator, Fleet Sales Western US | First Student, Inc.**
Office: <u>417-724-3364</u>
**1131 Kathryn St. Nixa, Mo. 65714**
<u>Becky.clark@firstgroup.com</u>

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

On Tuesday, December 5, 2023 at 01:08:17 PM CST, Clark, Becky R <             > wrote:



How much are you bidding?

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
Becky.clark@firstgroup.com

**Focus on Safety |Care for Our Students |Foster**
**Teamwork**

**Set the Highest Standards | Surpass Customer**
**Expectations**

**From:** Prynce <         >
**Sent:** Tuesday, December 5, 2023 1:01 PM
**To:** Clark, Becky R <             >
**Subject:**

**CAUTION:** This email is from an external source.         Please beware of links and attachments.

Hi, when can I bid on this bus? It has a blown transmission. ADRBUAAP47A459823

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

----- Forwarded Message -----

**From:** Clark, Becky R <█████████████████████>

**To:** Prynce <█████████████████>

**Sent:** Friday, December 8, 2023 at 08:37:29 AM CST

**Subject:** RE: RE:

I never got an offer from you.

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet Sales Western US | First Student, Inc.**
Office: 417-724-3364
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Thursday, December 7, 2023 4:41 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

Hi Becky, were you able to view my offer?

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
Office: **417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Wednesday, December 6, 2023 11:11 AM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

O s

On Wednesday, December 6, 2023 at 10:42:06 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

That is unit 208147. What are you wanting to offer for it?

Hi, you mentioned there is no minimum starting bids, the mechanic mentioned that the transmission cost about 4k and about $2500 for labor, I can offer $1200

For the bus, as they sometimes use them for parts only or to fix other buses, I'm learning a lot in a short time Becky.

If I may ask, what happens to the buses that no one purchases, do they go to scrap?

How much are you bidding?

Thank You,

 **Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
Office: <u>417-724-3364</u>
**1131 Kathryn St. Nixa, Mo. 65714**
Becky.clark @hrstgroup.com

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <                >
**Sent:** Tuesday, December 5, 2023 1:01 PM
**To:** Clark, Becky R <                        >
**Subject:**

CAUTION: This email is from an external source. '            ' Please beware of links and attachments.

Hi, when can I bid on this bus? It has a blown transmission. ADRBUAAP47A459823

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or

I don't see this one on my list.

Where did you get this Vin #?

Thank You,

Hi, i stopped over in maywood to view a bus



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <jbgray@a2.com>
**Sent:** Tuesday, December 5, 2023 11:47 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jmarju@aol.com' Please beware of links and attachments.

Hi Becky, I didn't know when or how the bidding deadlines or procedures were conducted, you mentioned there were no pictures or minimum starting bids, this is my first time getting familiar with the process, as it has a blown  transmission, I'll bid $1,200.00

On Tuesday, December 5, 2023 at 01:08:17 PM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

If I may ask, what happens to the buses that no one purchases, do they go to scrap?



Thank You,




**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
Office: 417-724-3364
1131 Kathryn St. Nixa, Mo. 65714
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations



**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Wednesday, December 6, 2023 10:29 AM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:


**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.


Hi, I made an appointment with Jessica to view a bus in maywood and I notice a bus with a red cover tag and I inquired, the mechanic mentioned that they would possibly be salvaging the bus, I mentioned it to Jessica to confirm, she said she will email you about it, as she was familiar with the bus.

Can you call me


On Wednesday, December 6, 2023 at 09:01:31 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

**CAUTION:** This email is from an external source. 'bgrayjr@aol...m' Please beware of links and attachments.

Are you able to call me Becky?

On Wednesday, December 6, 2023 at 11:12:27 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

???

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** Prynce <jbgrayjr@aol.com>
**Sent:** Wednesday, December 6, 2023 11:11 AM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

**From:** Prynce <~~;qray~~ ~~,~~ ~~.~~ ~~~~>
**Sent:** Thursday, December 7, 2023 4:41 PM
**To:** Clark, Becky R <~~.~~ ~~.~~ ~~.~~ ~~.~~>
**Subject:** Re: RE:

**CAUTION:** This email is from an external source. ~~'~~ ~~.~~ ~~.~~ ~~.~~ ~~.~~ ~~'~~ Please beware of links and attachments.

Hi Becky, were you able to view my offer?

On Wednesday, December 6, 2023 at 02:17:12 PM CST, Clark, Becky R <~~.~~ ~~.~~ ~~.~~ ~~.~~> wrote:

What do you need?

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
Becky.clark@firstgroup.com

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

**From:** Prynce <~~ibormj~~ ~~.~~ ~~.~~>
**Sent:** Wednesday, December 6, 2023 1:53 PM
**To:** Clark, Becky R <~~.~~ ~~.~~ ~~.~~>
**Subject:** Re: RE:

**From:** Prynce <　　　　　　>
**Sent:** Friday, December 8, 2023 9:11 AM
**To:** Clark, Becky R <　　　　　　　　>
**Subject:** Fw: RE:

**CAUTION:** This email is from an external source '　　　　　　' Please beware of links and attachments

----- Forwarded Message -----

**From:** Clark, Becky R <　　　　　　　　　　>

**To:** Prynce <　　　　　　>

**Sent:** Friday, December 8, 2023 at 08:37:29 AM CST

**Subject:** RE: RE:

I never got an offer from you.

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office:** 417-724-3364
**1131 Kathryn St. Nixa, Mo. 65714**
Becky.clark@firstgroup.com

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

Hi Becky,

I wish to have the part that was taken off the bus to ne replaced back in the original condition that I negotiated for. That would be the honorable solution in good faith in my opinion.

Thank you in advance.

On Thursday, December 14, 2023 at 09:01:47 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

I received your wire this morning for the bus.

If you do not want it since this part was stripped, I can send your wire back to you.

Please let me know.

Thank You,

 **Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

**From:** jbgrayjr <........@.....com>
**Sent:** Wednesday, December 13, 2023 1:28 PM
**To:** Clark, Becky R <.................>
**Subject:**

**CAUTION:** This email is from an external source. ' ' Please beware of links and attachments.

Hi Becky, I was just informed that a mechanic from another facility stripped this part along with the computer from the bus I purchased, parts were removed today.

Sent from my T-Mobile 4G LTE Device

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

I received your wire this morning for the bus.

If you do not want it since this part was stripped, I can send your wire back to you.

Please let me know.

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster
Teamwork

Set the Highest Standards | Surpass Customer
Expectations

From: jbgrayjr <jbgrayjr@aol.com>
Sent: Wednesday, December 13, 2023 1:28 PM
To: Clark, Becky R <Becky.Clark@firstgroup.com>
Subject:

CAUTION: This email is from an external source. 'jbgrayjr@aol.com' Please beware of links and attachments.

Hi Becky, I was just informed that a mechanic from another facility stripped this part along with the computer from the bus I purchased, parts were removed today.

Sent from my T-Mobile 4G LTE Device

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

## Re: FW:

From: Prynce (jbgrayjr@aol.com)

To: Becky.Clark@firstgroup.com

Date: Friday, December 15, 2023 at 10:46 AM CST

Hi Becky,
I wish to have the part that was taken off the bus to ne replaced back in the original condition that I negotiated for. That would be the honorable solution in good faith in my opinion.
Thank you in advance.

On Thursday, December 14, 2023 at 09:01:47 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

I received your wire this morning for the bus.

If you do not want it since this part was stripped, I can send your wire back to you.

Please let me know.

Thank You,



**Becky Clark**
**Fleet Sales Coordinator, Fleet**
**Sales Western US | First Student,**
**Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

**From:** jbgrayjr <jbgrayjr@aol.com>
**Sent:** Wednesday, December 13, 2023 1:28 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:**

**CAUTION:** This email is from an external source. '_ _ ` ` ` · ` · _' Please beware of links and attachments.

Hi Becky, I was just informed that a mechanic from another facility stripped this part along with the computer from the bus I purchased, parts were removed today.

Sent from my T-Mobile 4G LTE Device

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

Re: FW:

Prynce (jbgrayjr@aol.com)

Becky.Clark@firstgroup.com

Friday, December 15, 2023 at 10:46 AM CST

Hi Becky,
I wish to have the part that was taken off the bus to ne replaced back in the original condition that I negotiated for. That would be the honorable solution in good faith in my opinion.
Thank you in advance.

On Thursday, December 14, 2023 at 09:01:47 AM CST, Clark, Becky R <becky.clark@firstgroup.com> wrote:

I received your wire this morning for the bus.

If you do not want it since this part was stripped, I can send your wire back to you.

Please let me know.

Thank You,

 **Becky Clark**
**Fleet Sales Coordinator, Fleet Sales Western US | First Student, Inc.**
**Office: 417-724-3364**
**1131 Kathryn St. Nixa, Mo. 65714**
**Becky.clark@firstgroup.com**

Focus on Safety |Care for Our Students |Foster Teamwork

Set the Highest Standards | Surpass Customer Expectations

**From:** jbgrayjr <jbgrayjr@aol.com>
**Sent:** Wednesday, December 13, 2023 1:28 PM
**To:** Clark, Becky R <Becky.Clark@firstgroup.com>
**Subject:**

**CAUTION:** This email is from an external source. ', ͡ ,a\, ͡ , ·r_ _ ͡ ' Please beware of links and attachments.

Hi Becky, I was just informed that a mechanic from another facility stripped this part along with the computer from the bus I purchased, parts were removed today.

Sent from my T-Mobile 4G LTE Device

This email (and any attachment) is intended solely for the addressee and may contain confidential information. If you have received this email in error, please notify us immediately and delete it. Reading, disclosing, copying or disseminating any portion of this transmission without authorization is prohibited.

## (No Subject)

From: jbgrayjr (jbgrayjr@aol.com)

To: Becky.clark@firstgroup.com

Date: Wednesday, December 13, 2023 at 01:27 PM CST

Hi Becky, I was just informed that a mechanic from another facility stripped this part along with the computer from the bus I purchased, parts were removed today.

Sent from my T-Mobile 4G LTE Device

Screenshot_20231213-132056_Gallery.jpg
451.5KB

# PRESERVATION / LITIGATION HOLD NOTICE

**Plaintiff:** Prynce-John: Ali
**Defendant:** First Student, Inc.
**Court:** Circuit Court of Cook County, Illinois

## NOTICE OF PRESERVATION OBLIGATIONS

PLEASE TAKE NOTICE that First Student, Inc., together with its officers, employees, agents, contractors, insurers, parent entities, affiliates, and third-party vendors acting on its behalf, is under an **immediate and continuing duty to preserve evidence** relating to the subject vehicle and the transaction forming the basis of this action.

This preservation obligation arises from pending litigation and applies to **all documents, electronically stored information ("ESI"), and tangible materials** within First Student's possession, custody, or control.

First Student must immediately suspend any routine, automatic, or manual deletion, overwriting, recycling, or destruction of potentially relevant information.

## CATEGORIES OF MATERIALS TO BE PRESERVED

The following categories are non-exhaustive and are identified to provide clarity as to the scope of preservation required:

### 1. Video and Audio Recordings

- Yard, lot, storage-area, and maintenance-bay footage;
- Surveillance or monitoring video depicting inspection, modification, disabling, movement, or storage of the vehicle;
- Any recordings capturing employee interaction with the vehicle.

### 2. Maintenance, Service, and Disablement Records

- Work orders, service tickets, repair logs, and maintenance histories;
- Records reflecting inspection, modification, disablement, or assessment of operability;
- Internal notes or annotations relating to vehicle condition.

### 3. Employee and Management Communications

- Emails, text messages, instant messages, collaboration-platform communications, and attachments referencing the vehicle or Plaintiff;
- Communications concerning authorization, retention, or disposition of the vehicle.

### 4. Incident Reports and Internal Reviews

- Investigations, findings, assessments, or conclusions regarding the vehicle's status, operability, or handling;
- Reports generated internally or provided to insurers or third parties.

### 5. Access Logs, Metadata, and System Records

- Facility access records;
- System access and user-activity logs;
- Deletion logs, audit trails, backup schedules, and retention policies.

# CONTINUING DUTY

This duty to preserve is **ongoing** and extends to any newly created or discovered information that may be relevant. Preservation must be maintained until this litigation is fully resolved, including any appeals.

Failure to preserve evidence after receipt of this notice may give rise to **adverse inferences, evidentiary sanctions, monetary sanctions, or other remedies available at law or equity**.

# NO WAIVER

Nothing in this Notice constitutes a waiver of any rights, claims, defenses, or remedies. All rights are expressly reserved.

**Issued by:**
Prynce-John: Ali
Plaintiff, Pro Se